JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> MAXIM LENDING, CORP., <br><br> *Defendant.* | Case No. 8:26-cv-00106-DOC <br><br> **ORDER TO DISMISS [17]** <br><br> JUDGE: HON. DAVID O. CARTER |

Pursuant to the parties' stipulation, this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs. The Scheduling Conference set for May 4, 2026 is hereby VACATED.

IT IS SO ORDERED.

Dated: May 1, 2026

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge

1

Order
Case No. 8:26-cv-00106-DOC